ELIZABETH SHANKLIN v. ISAAC C. OVERBY, ETC.

Wills—Capacity—Influence—Conflicting Evidence—Second Verdict.

The Court of Appeals will not reverse a second judgment against the validity of a will, where the evidence as to the capacity of the testator and the undue influence over her is conflicting, especially when it is in accord with the judgment of the county court.

APPEAL FROM FLEMING CIRCUIT COURT.

October 5, 1872.

OPINION BY JUDGE HARDIN:

The evidence in relation to the capacity of Margaret Shanklin to make a will and the influence of her sister, Elizabeth, over her, is so conflicting and unsatisfactory that we do not feel at liberty to reverse the judgment, based, as it is, on a second verdict against the validity of the will, found also in accordance with the judgment of the county court.

This judgment is therefore affirmed.

*Botts, for appellant.*

*Andrews & Phister, for appellees.*